**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA, INC., a California nonprofit religious corporation and EMIL BECA, one of its individual members, | No. 06-56660 <br><br> D.C. No. CV-03-00293-CBM <br><br> ORDER & MEMORANDUM[*] |
|         Plaintiffs - Appellants, | |
|   v. | |
| CITY OF LOS ANGELES, a California municipal corporation and STEPHEN YEE, | |
|         Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Consuelo B. Marshall, Senior District Judge, Presiding

Argued December 4, 2007; Submitted April 7, 2014
Pasadena, California

Before: PREGERSON, TROTT, and PAEZ, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

On June 11, 2008, we withheld submission of this case pending final resolution of proceedings in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01-56579.

On July 7, 2010, we issued an order in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01-56579, reversing the district court's summary judgment order in favor of Plaintiff and remanding the case to the district court to consider in the first instance Plaintiff's remaining federal constitutional claim. Because *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01-56579, has been resolved, this case is resubmitted, and the judgment entered in *International Society for Krishna Consciousness of California, Inc. v. City of Los Angeles*, No. 01-56579, applies to this appeal. The mandate should issue forthwith.

**REVERSED AND REMANDED**